IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE M. KOLLER )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>TYCO ELECTRONICS CORP. )<br>d/b/a TE CONNECTIVITY )<br>)<br>Defendant. )<br>) | Civil Action No. 5:17-cv-02591-JLS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this civil action, Plaintiff, Bonnie M. Koller, and Defendant, TYCO Electronics Corp. d/b/a TE Connectivity, by their undersigned attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party bearing its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy A. Donham, Esquire*<br>Jeremy A. Donham (Pa. I.D. No.206980)<br>Donham Law<br>P.O. Box 487<br>Dellslow, WV  26507<br>P: (717) 676-7749<br>F: (888) 370-5177<br>donhamlaw@comcast.net<br>Attorney for Plaintiff<br><br>Dated: October 11, 2017 | */s/ Clark Whitney, Esquire*<br>Clark Whitney (Pa. I.D. No. 201052)<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>1735 Market Street, Suite 3000<br>Philadelphia, PA  19103<br>P: (215) 995-2815<br>F: (215) 995-2801<br>clark.whitney@ogletreedeakins.com<br>evan.vangorder@ogletreedeakins.com<br>Attorneys for Defendant<br><br>Dated: October 11, 2017 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE M. KOLLER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TYCO ELECTRONICS CORP. )<br>d/b/a TE CONNECTIVITY )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 5:17-cv-02591-JLS |

### CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of October 2017, a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was electronically filed with the Clerk of Court and served on counsel of record via the Court's electronic filing system.

*/s/ Clark Whitney*
Clark Whitney
Attorney for Defendant

31547257.1